# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**BRUCE LESZCZYNSKI,**
        **Plaintiff,**

  v.                                    Case No. 17-C-1077

**KOHLS DEPARTMENT STORES INC.,**
        **Defendant.**

## ORDER

With the full agreement of the parties and pursuant to 28 U.S.C. § 636(b)(3), I will refer this matter to Magistrate Judge Aaron E. Goodstein for mediation.

**THEREFORE, IT IS ORDERED** that Magistrate Judge Goodstein is assigned to conduct mediation proceedings in this case, the particular procedures for which shall be within his discretion. The case shall be returned to me following the mediation effort for further action consistent with the result.

Dated at Milwaukee, Wisconsin, this 27th day of April, 2018.

                                    s/Lynn Adelman
                                    LYNN ADELMAN
                                    District Judge