IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| BRUCE LESZCZYNSKI, | § |
| | § |
| Plaintiff, | §   Civil Action No. 2:17-cv-01077-LA |
| | § |
| v. | § |
| | § |
| KOHLS DEPARTMENT STORES, INC., | § |
| | § |
| Defendant. | § |
| | § |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and with each party to bear its own costs and fees.

| | |
|---|---|
| */s/* Michael F. Tuchalski | */s/* Joseph C. Hoeffel |
| Michael F Tuchalski , Jr., Esq. | Joseph C. Hoeffel, Esq. |
| Kohls Department Stores Inc | Kimmel & Silverman, P.C. |
| N56 W17000 Ridgewood Dr | 30 East Butler Pike |
| Menomonee Falls, WI 53051-5660 | Ambler, PA 19002 |
| Phone: 262-703-7000 | Phone: (215) 540-8888 |
| Fax: 262-703-7274 | Fax: (877) 600-2112 |
| Email: michael.tuchalski@kohls.com | Email: jhoeffel@creditlaw.com |
| Attorney for the Defendant | Attorney for the Plaintiff |
| | |
| Date: June 25, 2018 | |
| | Date: June 25, 2018 |

BY THE COURT:

_____
J.

## Certificate of Service

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 25th day of June, 2018:

Michael F Tuchalski, Jr, Esq.
Kohls Department Stores Inc
N56 W17000 Ridgewood Dr
Menomonee Falls, WI 53051-5660
Phone: 262-703-7000
Fax: 262-703-7274
Email: michael.tuchalski@kohls.com

*/s/ Joseph C. Hoeffel*
Joseph C. Hoeffel, Esq.
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax: (877) 600-2112
Email: jhoeffel@creditlaw.com
Attorney for the Plaintiff